**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

LEONI Fiber Optics, Inc.,

      Plaintiff,

v.

Dr. Armin Kaus et al.,

      Defendants.

No. CV-13-562-PHX-SMM

**ORDER**

Before the Court is the parties' Stipulation to Dismiss all Claims and Counterclaims with Prejudice. (Doc. 78.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims and counterclaims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action to enforce the parties' settlement agreement.

**IT IS FURTHER ORDERED** vacating the Status Conference re: Settlement set for **Tuesday, February 11, 2014, at 1:30 p.m.**

DATED this 10th day of February, 2014.

Stephen M. McNamee
Senior United States District Judge